

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

BOTTLE TREE BEVERAGE COMPANY, LLC             PLAINTIFF

V.             CIVIL ACTION NO. 3:25-CV-00275-HTW-LGI

WILLIAM CASE PACK

## ORDER STAYING DISCOVERY

This matter comes before the court on Plaintiff's Motion for Preliminary Injunction (#6) filed in the above-styled cause. The Court conferred with the parties this date regarding the pending Motion for Preliminary Injunction and its impact on the posture of the case. The Court finds it necessary to stay the Case Management Deadlines and discovery until further Order of the Court to allow time for resolution of the pending Motion for Preliminary Injunction.

IT IS THEREFORE ORDERED discovery is hereby stayed pending the Court's resolution of the pending Motion for Preliminary Injunction (#6).

Counsel for Plaintiff shall promptly notify the Magistrate Judge of a decision on the motion and shall submit a proposed order lifting the stay, if appropriate. Within fourteen (14) days of entry of the order lifting the stay, the Court will enter the proposed Case Management Order submitted prior to the telephonic case management conference held on June 6, 2025.

**SO ORDERED**, this the 6th day of June, 2025.

/s/ LaKeysha Greer Isaac
UNITED STATES MAGISTRATE JUDGE